JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8        Office of the General Counsel
         Office of Program Litigation
9        Social Security Administration
10       6401 Security Boulevard
         Baltimore, MD 21235
11       Telephone: (510) 970-4861
12       Facsimile: (415) 744-0134
         Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant
14

15              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
16                    WESTERN DIVISION
17

18 WALTER WHALEN ANDREWS,       )
           Plaintiff,            ) Case No.: 2:23-cv-02718-ADS
19                               )
20      vs.                      ) **JUDGMENT**
                                 )
21                               )
   KILOLO KIJAKAZI,              )
22 Acting Commissioner of Social )
23 Security,                     )
           Defendant.            )
24                               )
25 _____)
26
27
28

-1-

1        The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 6/13/2023        /s/ Autumn D. Spaeth
HONORABLE JUDGE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE